SMITH v. KILBURN

No. 25 PC.

Case below: 13 N.C. App. 449.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 April 1972.


STATE v. ANDREWS

No. 123.

Case below: 13 N.C. App. 718.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 25 April 1972.


STATE v. BENNETT

No. 41 PC.

Case below: 13 N.C. App. 251.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 May 1972.


STATE v. DAYE

No. 61 PC.

Case below: 14 N.C. App. 166.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 April 1972.


STATE v. GODWIN

No. 79 PC.

Case below: 13 N.C. App. 700.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 May 1972.